———o———

A. M. APPLEBY, Defendant in Error, *vs.* JOHN McELHANNON,
*et al.*, Plaintiffs in Error.

1. *Practice, Supreme Court—Statement and brief.*—Where plaintiff in error fails
to file a statement and brief, the writ will be dismissed.

### Error to Green Circuit Court.

*W. C. Price & Wright*, for Plaintiffs in Error.

*McAfee & Phelps*, for Defendant in Error.

WAGNER, Judge, delivered the opinion of the court.

This case is brought here by writ of error. The plaintiff
in error has entirely failed to file a statement and brief as the
statute requires. The writ will therefore be dismissed. The
other Judges concur.